# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JANOS FARKAS,**
Appellant,

v.

**U.S. BANK, N.A., SUCCESSOR TRUSTEE, ETC., et al.,**
Appellee.

No. 4D20-1855

[July 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502019CA012109XXXMB.

Janos Farkas, Austin, Texas, pro se.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH, and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***